# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| James Paul Robinson,<br>*Plaintiff*<br>v.<br><br>Thomas D. Broadwater, Sr.; Lake Erick Summers;<br>Honorable Edward B. Cottingham, Attorney,<br>Solicitor, Judge Eleventh Judicial Circuit, S-C,<br>*Defendants* | )<br>)<br>)<br>)<br>) | Civil Action No.     8:16-cv-03663-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■    The plaintiff, James Paul Robinson, shall take nothing of the defendants, Thomas D. Broadwater, Sr.; Lake Erick
Summers; and Honorable Edward B. Cottingham, and this action is dismissed without prejudice.

This action was *(check one):*
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding, adopting the Report and
Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended
dismissing the complaint without prejudice.

Date:   January 23, 2017                 *ROBIN L. BLUME, CLERK OF COURT*

                                               s/M. Walker

                                             *Signature of Clerk or Deputy Clerk*